

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **ORANGE SAVINGS BANK, SSB,** | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | **CASE NO. 1:05-CV-453** |
| | § | |
| **TOTAL COMPASSIONATE CARE,** | § | |
| **INC., d/b/a AMERICARE** | § | |
| **PROFESSIONALS, et al,** | § | |
| *Defendants*. | § | |

## ORDER CLOSING CASE PENDING BANKRUPTCY

On July 6, 2005, the Court conducted a hearing on the *Temporary Restraining Order* issued by the undersigned United States District Judge pursuant to the Plaintiff, Orange Savings Bank's request. At the hearing, the parties notified the Court that the Defendant corporation Total Compassionate Care d/b/a Americare Professionals, Inc., intended to initiate bankruptcy proceedings. Accordingly, the Defendants filed their *Suggestion of Bankruptcy* on July 7, 2005 [Clerk's doc. #9].

The Plaintiff, Orange Savings Bank, is scheduled as a creditor in the bankruptcy proceeding. The Court therefore finds the matters made the basis of Plaintiff's request for injunctive relief to be moot. The corresponding *Temporary Restraining Order* expired on July 10, 2005, under its own

terms [Clerk's doc. #6].

It is therefore **ORDERED** that this civil action is **STAYED** and **ADMINISTRATIVELY CLOSED** pursuant to the *Suggestion of Bankruptcy* filed by Defendant. The parties may petition the Court to reopen this proceeding at a later date, if necessary, upon resolution of the bankruptcy proceeding. Any pending motions not previously ruled upon are **DENIED** as **MOOT**.

**SIGNED** this the **12** day of **July, 2005.**

_____
Thad Heartfield
United States District Judge